# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cedric Jordan, | No. CV-05-589-PHX-DGC (ECV) |
| Petitioner, | **ORDER** |
| v. | |
| Warden Bernie Ellis, et al., | |
| Respondent(s). | |

Pending before the Court are Petitioner Cedric Jordan's petition for writ of habeas corpus and United States Magistrate Judge Edward C. Voss's Report and Recommendation ("R&R"). Docs. ##1, 12. The R&R recommends that the Court deny the petition. Doc. #12 at 4.

The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 4-5 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]). The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition

to which specific written objection has been made[.]"). The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss's R&R (Doc. #12) is **accepted/denied**.

2. Petitioner Cedric Jordan's petition for writ of habeas corpus (Doc. #1) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 19th day of April, 2006.

David G. Campbell
United States District Judge